## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Lorendo Mobley,                                    Civil No.:  14cv646 (DSD/SER)

           Petitioner,

v.                                                                     **ORDER**

United States of America,

           Respondent.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

    1.  Petitioner's application for leave to proceed *in forma pauperis*, (Docket No. 2), is **DENIED**;

    2.  Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is **DENIED**; and

    3.  This action is summarily **DISMISSED** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 17, 2014

                                                      s/David S. Doty  
                                                      David S. Doty, Judge  
                                                      U.S. District Court